UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

JESSICA KARIM, on behalf of herself and all others similarly situated,

                      *Plaintiff*,

      -vs.-

Raen Optics, LLC,

                      *Defendant*.

------------------------------------------------ x

Civil Action No:
1:24-cv-07271 (JHR) (VF)

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to plaintiff JESSICA KARIM and defendant Raen Optics, LLC in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 1, 2024

| For plaintiff JESSICA KARIM | For defendant Raen Optics, LLC, |
|---|---|
| *Gabriel Levy* | /s/Michael Samuel |
| Gabriel A. Levy | Michael Samuel |
| 1129 Northern Blvd, Suite 404 | 1441 Broadway Suite 6085 |
| Manhasset, NY 11030 | New York, NY 10018 |
| (347) 941-4715 | (212) 563-9884 |
| Glevy@glpcfirm.com | michael@thesamuellawfirm.com |

## **CERTIFICATE OF SERVICE**

I certify that on November 1, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/* Michael Samuel
Michael Samuel (MS 7997)
THE SAMUEL LAW FIRM
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884

*Attorneys for Defendant*